# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC., d/b/a IOU FINANCIAL, INC.<br>   Plaintiff,<br><br>v.<br><br>ACE PARTY & CHAIR RENTAL, LLC, et al.,<br>   Defendants. | Civil Case No.: 1:25-cv-00750-LMM |

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

Pursuant to the Court's inherent authority to manage its docket and in the interest of judicial economy, IOU Central, Inc. ("Plaintiff") and Ace Party & Chair Rental, LLC ("Defendant") (collectively referred to as the "Parties") respectfully moves the Court to administratively close this case. In support of this motion, the Parties state the following:

1. The parties have reached a settlement agreement in principle and are in the process of finalizing the necessary documentation.

2. To conserve judicial resources and avoid unnecessary litigation activity, the Parties request that the Court administratively close this case pending the completion of the settlement process.

3. Administrative closure is a procedural tool that allows the Court to remove a case from its active docket without a final adjudication on the

merits, preserving the rights of the parties to reopen the case if necessary. See *Florida Ass'n for Retarded Citizens, Inc. v. Bush*, 246 F.3d 1296, 1299 (11th Cir. 2001).

4. The Parties agree that this administrative closure will not prejudice any rights or claims and that the case may be reopened upon motion by any party should the settlement not be consummated.

WHEREFORE, the Parties respectfully request that the Court enter an order administratively closing this case, with the provision that any party may move to reopen the case for good cause shown.

| */s/ Melissa Barrett* | */s/ James D. Dean* |
|---|---|
| Melissa Barrett | J. Matthew Maguire |
| melissa@mbarret.law | Georgia Bar No. 372670 |
| Georgia Bar No. 208606 | mmaguire@pcwlawfirm.com |
| | James D. Dean |
| M BARRETT LAW | Georgia Bar No. 696656 |
| 225 N. Jeff Davis Drive | jdean@pcwawfirm.com |
| Fayetteville, Georgia 30214 | |
| 470-288-0401 | PARKS, CHESIN & WALBERT, P.C. |
| melissa@mbarret.law | 1355 Peachtree Street NE, Suite 2000, Atlanta, GA 30309 |
| *Counsel for Plaintiff* | Telephone: (404) 873-8000 |
| | Fax: (404)873-8050 |
| | *Counsel for Defendants* |